UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


REGINALD T. ALLEN,

       Plaintiff,

                                  Civil Action 2:10-cv-01118
    v.                           Judge James L. Graham
                                  Magistrate Judge E.A. Preston Deavers

ROBIN KNAB, *et al.*,

       Defendants.


## ORDER

This matter is before the Court for consideration of the October 5, 2011 Report and

Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom

this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 11.) The Magistrate Judge

recommended that the Court dismiss this action without prejudice pursuant to Federal Rule of

Civil Procedure 4(m) for failure to timely effect service of process.

The Report and Recommendation specifically advises Plaintiff that the failure to object to

the Report and Recommendation within fourteen days of the Report results in a "waiver of the

right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment

of the District Court." (Report and Recommendation 2, ECF No. 11.) The time period for filing

objections to the Report and Recommendation has expired. Plaintiff has not objected to the

Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have

been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report

and Recommendation.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**
pursuant to Rule 4(m) for failure to timely effect service of process.

       **IT IS SO ORDERED.**


                           S/ James L. Graham
                           James L. Graham
                           UNITED STATES DISTRICT COURT

Date: October 31, 2011